UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BELL, | No.  2:13-cv-2039 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JACK ST. CLAIRE, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights occurred in Tuolumne County, which is part of the Fresno division of this court.  See Local Rule 120(d).  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court may be transferred to the proper division.  Therefore, this action will be transferred to the Fresno division.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////

/////

/////

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  October 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

bell2039.22