# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BELL, | Case No. 1:13-cv-01594-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO AMEND AS UNNECESSARY AND DIRECTING CLERK'S OFFICE TO FILE ATTACHED AMENDED COMPLAINT |
| v. | |
| DR. JACK ST. CLAIR, et al., | (Doc. 12) |
| Defendants. | |

Plaintiff Anthony Bell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 1, 2013. On February 14, 2014, Plaintiff filed a motion seeking leave to file an amended complaint, accompanied by an attached amended complaint.

At this juncture in the proceedings, Plaintiff has the right to amend once as a matter of course. Fed. R. Civ. P. 15(a)(1). Accordingly, Plaintiff's motion is HEREBY DENIED as unnecessary and the Clerk's Office shall file the attached amended complaint.

IT IS SO ORDERED.

Dated:   **March 12, 2014**            /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE