# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. JACK ST. CLAIR, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:13-cv-01594-SKO (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO PROVIDE PLAINTIFF COPY OF NOTICE OF VOLUNTARY DISMISSAL AND STRIKING UNSIGNED NOTICE<br><br>(Doc. 18) |

    Plaintiff Anthony Bell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 1, 2013. On June 23, 2014, Plaintiff filed a notice of voluntary dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i). However, Plaintiff neglected to sign the notice and as a result, it cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131.

    Accordingly, the Clerk's Office is DIRECTED to send Plaintiff a copy of his notice, which he may sign and return for filing, and the unsigned notice is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **June 24, 2014**              **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE