# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ANTHONY BELL,

    Plaintiff,

  v.

DR. JACK ST. CLAIR, et al.,

    Defendants.

_____/

Case No.  1:13-cv-01594-SKO (PC)

ORDER STRIKING UNSIGNED MOTION

(Doc. 20)

   Plaintiff Anthony Bell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 1, 2013.  On June 26, 2014, Plaintiff filed a motion to withdraw his notice of voluntary dismissal and for a stay.  Plaintiff's motion is unsigned and it cannot be considered by the Court.  Fed. R. Civ. P. 11(a); Local Rule 131.

   Accordingly, Plaintiff's unsigned motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

  Dated:   **July 1, 2014**      **/s/ Sheila K. Oberto**
                UNITED STATES MAGISTRATE JUDGE