# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. JACK ST. CLAIR, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:13-cv-01594-SKO (PC)<br><br>ORDER DENYING MOTION FOR STAY AND GRANTING THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 22) |

　　　　Plaintiff Anthony Bell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 1, 2013.  On May 20, 2014, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state a claim.  On July 3, 2014, Plaintiff filed a motion seeking to stay this action until he is released from custody.[1]

　　　　Plaintiff did not state when he anticipates release from custody and his status as a prisoner proceeding pro se does not provide grounds to stay this action indefinitely.  The Court will grant a thirty-day extension of time to amend.  In the alternative, Plaintiff may elect to dismiss the action voluntarily and pursue it at a later date, as he previously attempted to do.[2]

---

[1] Plaintiff previously filed a notice of voluntary dismissal and a motion for a stay, but neither filing was signed and they were stricken from the record.  Fed. R. Civ. P. 11(a); Local Rule 130.  (Docs. 18-21.)

[2] If Plaintiff files a notice of voluntary dismissal, the dismissal is without prejudice.  Fed. R. Civ. P. 41(a)(1)(A), (B).  However, the Court expresses no opinion regarding the effect of the statute of limitations on Plaintiff's claims, or on any other issue which may affect the viability of Plaintiff's claims.

Accordingly, Plaintiff's motion for a stay is HEREBY DENIED, but Plaintiff is GRANTED a thirty-day extension of time to file an amended complaint in compliance with the screening order.

IT IS SO ORDERED.

Dated: **July 8, 2014**                    **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE